UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRES de LEON CASTRO,<br><br>           Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et. al.<br><br>           Respondents. | Civil Action No. 25-11430-LTS |

**RESPONDENTS' RESPONSE TO THE COURT'S
ORDER TO EXPLAIN THE BASIS FOR
PETITIONER'S ARREST AND DETENTION AND SPECIFIC
DOCUMENTATION ALLEGEDLY SIGNED BY PETITIONER (Docket No. 17)**

    Respondents, by and through their Attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, herein file a response to the Court's Order to explain the basis for Petitioner's arrest and detention, and specific documentation allegedly signed by Petitioner (see: Docket No. 17). In response Respondents submit the Declaration of David T. Wesling, Deputy Field Office Director for the United States Department of Homeland Security, United States Immigration and Customs Enforcement (Exhibit 1). Pursuant to the declaration attached hereto, Respondents state that at the time of arrest and detention of Petitioner, Petitioner remain was in removal proceedings and currently has a master calendar hearing in the Los Fresnos Immigration Court scheduled for July 8, 2025 (Id. at ¶6). Respondents are not aware of what documents Petitioner is referencing regarding an alleged signed waiver or consent document. (Id. at ¶7).

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney

By:   */s/ Rayford A. Farquhar*
       RAYFORD A. FARQUHAR
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
       Rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

        */s/ Rayford A. Farquhar*
        RAYFORD A. FARQUHAR
Dated: June 6, 2025       Assistant United States Attorney

1