UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Andres de Leon Castro**

        Plaintiff,

                              CIVIL ACTION NO. 1:25-11430-LTS

    V.

**Patricia Hyde et al**

        Defendants.

## **ORDER OF DISMISSAL**

Sorokin, D. J.

    In accordance with the Court's ELECTRONIC ORDER, Dkt, No. 17, dated June 3, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                    By the Court,

6/23/2025                                          /s/ Flaviana de Oliveira
  Date                                                  Deputy Clerk